# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **EDWIN ESTANGLEY GARCIA,**  *Plaintiff,*  v.  **Doctor OSEGBUE OBASI,** *et al.,*  *Defendants.* | **CIVIL ACTION NO. 5:20-cv-00155-TES-CHW** |

### ORDER ADOPTING REPORT AND RECOMMENDATION

In his Report and Recommendation [Doc. 50], the United States Magistrate Judge recommends that the Court deny Defendants' Motion to Dismiss [44] on the basis that there is no cause to dismiss for abuse of judicial process. [Doc. 50, p. 3]. No objections have been filed to the magistrate judge's Report and Recommendation[1]; therefore, the Court reviews his findings for clear error. 28 U.S.C. § 636(b)(1)(A).

Finding no clear error, the Court **ADOPTS** the Report and Recommendation [Doc. 50] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **DENIES** Defendants' Motion to Dismiss [Doc. 44].

**SO ORDERED**, this 10th day of May, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Plaintiff filed a document whereby he states that he "does not have any objection the (R&R) (Doc.50)." [Doc. 52, p.1].