IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDWIN ESTANGLEY GARCIA, | * |
| Plaintiff, | * |
| v. | Case No. 5:20-cv-00155-TES-CHW |
| | * |
| Doctor OSEGBUE OBASI, et al., | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated August 5, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 6th day of August, 2021.

David W. Bunt, Clerk

s/ Heather Willis, Deputy Clerk